UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NURULLAH YILDIRIM,

    Petitioner,

v.                                          CASE NO. 8:13-CV-228-T-30TBM
                                              CRIM. CASE NO. 8:10-CR-102-T-30TBM

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

      This cause is before the Court on Petitioner's Motion to Withdraw §2255 Petition (CV Dkt. 28).

      Petitioner, proceeding *pro se*, filed his § 2255 motion on January 23, 2013 (CV Dkt. 1). After the government filed a response, the Court denied Grounds One and Two of the § 2255 motion, and granted Petitioner leave to supplement his claim in Ground Three that counsel failed to convey a plea offer to him (CV Dkt. 10). After Petitioner filed his supplement (CV Dkt. 11), the Court set the matter for an evidentiary hearing and appointed counsel to represent Petitioner (CV Dkts. 12, 13).

      Petitioner now submits that after consulting with appointed counsel, withdrawal of his § 2255 motion is in his best interest. He also asserts that "he understands that he is giving up his right to have an evidentiary hearing on the issue of whether his previous counsel failed to communicate an existing plea offer to him or to have his sentence vacated on this ground"

and that his decision to withdraw his § 2255 motion was made "freely and without compulsion after consultation with his assigned attorney." (CV Dkt. 28 at p. 1).

Upon consideration, the Court **ORDERS** that:

1. Petitioner's Motion to Withdraw §2255 Petition (CV Dkt. 28) is **GRANTED**. Petitioner's § 2255 motion (CV Dkt. 1) is **DISMISSED**.

2. The **Clerk** is directed to close this case, and terminate from pending status the § 2255 motion (CR Dkt. 132) filed in the corresponding criminal case number 8:10-CR-102-T-30TBM.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2014.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
Counsel of Record